**EXHIBIT A**

Line wrap ☐

```
<!-- Global site tag (gtag.js) - Google Analytics -->
<script type='text/javascript'>(function() {'use strict';function shuffle(arr) {var ci = arr.length,tv,ri;while (0 !== ci) {ri = Math.floor(Math.random
<script>
  window.dataLayer = window.dataLayer || [];
  function gtag(){dataLayer.push(arguments);}
  gtag('js', new Date());

  gtag('config', 'G-W2SX4T60CN');
</script>
<meta name="mylead-verification" content="890f3862f173763a31cc1061d7e837a8">
<script src="https://analytics.ahrefs.com/analytics.js" data-key="gi4/W8+5ec4S5BfrfI8/4Q" async></script>

    <title>Search Results for brazzers</title>
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8"/>
    <meta name="description" content="Welcome to WatchPorn! We are only providing high quality free porn streams from major sites like MissaX, PervMom,
    <meta name="keywords" content="milf,taboo,stepmother,mommy,brother,sister,big tits,incest,roleplay,manyvids,onlyfans,thot,missax"/>
    <meta name="viewport" content="width=device-width, initial-scale=1"/>
        <meta name="a.validate.02" content="o9OkGeKu5qj6it1YXeqcFTuaPjI7lshI6At1" />
        <meta name="adbison-verification" content="c60104c5-be64-4efa-9910-ac4673f88a17">
        <meta name="adstuff-site-verification" content="6017c20cacaebd38146d7459036d683a">
    <link rel="icon" href="https://watchporn.to/favicon.ico" type="image/x-icon"/>
    <link rel="shortcut icon" href="https://watchporn.to/favicon.ico" type="image/x-icon"/>


    <link href="https://watchporn.to/static/styles/foundation.css" rel="stylesheet" type="text/css"/>
    <link href="https://watchporn.to/static/styles/style.css?v=1781207607" rel="stylesheet" type="text/css"/>
    <link href="https://watchporn.to/static/styles/jquery.fancybox-metal.css?v=8.4" rel="stylesheet" type="text/css"/>

    <script>
        var pageContext = {
                                                            loginUrl: 'https://watchporn.to/login-required/',
            animation: '200'
        };
    </script>




            <link href="https://watchporn.to/search/brazzers/" rel="canonical"/>
        <meta property="og:url" content="https://watchporn.to/search/brazzers/"/>

          <meta property="og:title" content="WatchPorn - Taboo Step-Family Incest MILF Porn in FullHD"/>
            <meta property="og:image" content="https://watchporn.to/contents/djifbwwmsrbs/theme/logo.png"/>
            <meta property="og:description" content="Welcome to WatchPorn! We are only providing high quality free porn streams from major sites li
            <meta property="og:type" content="website"/>

</head>
<body>

<div class="wrapper">
    <header class="header">
                <div class="header__top">
            <div class="header__top-txt"><a href="https://www.seduced.com/tour?ref=66e6f99640a4057eb1f207b2&src=wptopblue">🔥CREATE AI SLUTS</a> 🔥
            <div class="header__top-list">
                                                    <a href="https://go.mavrtracktor.com/api/goToTheRoom?creativeId=tab_header&sour
                                          <a href="https://theporndude.vip/" class="header__top-list-item">Top Porn Sites</a>
                                          <a href="https://theporndude.com/" class="header__top-list-item">ThePornDude</a>
                                          <a href="https://www.whoreshub.com/" class="header__top-list-item">Whoreshub</a>
                                          <a href="https://www.seduced.com/tour?ref=66e6f99640a4057eb1f207b2&src=wptop" class="header__top-li
                                          <a href="https://www.mrpornlive.com/" class="header__top-list-item">Mrpornlive</a>
                                              </div>
          </div>
            <div class="header__middle">
          <button class="header__toggle js-menu-toggler" aria-label="toggle">
            <span class="line"></span>
          </button>
          <a href="https://watchporn.to/" class="header__logo js-logo">
            <img src="https://watchporn.to/static/images/logo.svg" alt="logo" />
          </a>
          <div class="header__search js-search search">
            <form id="search_form" action="https://watchporn.to/search/" method="get" data-url="https://watchporn.to/search/%QUERY%/" class="header
                <input type="text" name="q" placeholder="Search" value="brazzers" class="header__search-input js-search-input" />
                <button class="header__search-btn" aria-label="search" type="submit">
                    <svg class="icon">
                        <use xlink:href="/static/images/sprite.svg?v1770807675552.4038#search"></use>
                    </svg>
                </button>
                                </form>
          </div>
          <div class="header__right">
            <div class="header__actions">
                                <button class="header__actions-btn header__search-toggle js-search-toggler" aria-label="search">
                    <svg class="icon icon-search">
                        <use xlink:href="/static/images/sprite.svg?v1770807675552.4038#search"></use>
                    </svg>
```

Line wrap ☐

```
<!DOCTYPE html>
<html lang="de">

<!-- Google tag (gtag.js) -->
<script async src="https://www.googletagmanager.com/gtag/js?id=G-43CSLR0Q65"></script>
<script>
  window.dataLayer = window.dataLayer || [];
  function gtag(){dataLayer.push(arguments);}
  gtag('js', new Date());

  gtag('config', 'G-43CSLR0Q65');
</script>

<meta name="clickaine-site-verification" content="18d8d23b31f2316eec25c069c56ebfeb78e2647a52c75b2abcc30041b778d08151242cee912ba40e0efe46465aad69887e74a
<!-- Google tag (gtag.js) -->
<script async src="https://www.googletagmanager.com/gtag/js?id=G-YJQ35FL3NS"></script>
<script>
  window.dataLayer = window.dataLayer || [];
  function gtag(){dataLayer.push(arguments);}
  gtag('js', new Date());

  gtag('config', 'G-YJQ35FL3NS');
</script>


<head>
<script src="https://analytics.ahrefs.com/analytics.js" data-key="ACursV+f+zexJW5DuInbTg" async></script>
        <meta name="a.validate.02" content="ilbUvi9Dye2YROnpl8oRX8XnwWYHG84039B7"/>
<meta name="c5846c561b558d16c042cb56432e83c605f13a52" content="c5846c561b558d16c042cb56432e83c605f13a52" />
    <title>FyxXR - Your #1 source for german amateur clips</title>
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8"/>
    <meta name="description" content="Deutsche Amateur Streams"/>
    <meta name="keywords" content="Deutsche Amateure,private pornos, KADA-LOVE, Miablow, Lea-Lovebird, EmmaSecret, MaryHaze, Miley-Weasel, TexasPatti,
    <meta name="viewport" content="width=device-width, initial-scale=1"/>
    <meta name="4a3dbca373625ac22626c35bf7469c0e4c6b8735" content="4a3dbca373625ac22626c35bf7469c0e4c6b8735" />

    <link rel="icon" href="https://fyxxr.to/favicon.ico" type="image/x-icon"/>
    <link rel="shortcut icon" href="https://fyxxr.to/favicon.ico" type="image/x-icon"/>
            <link href="https://fyxxr.to/static/styles/all-responsive-metal.css?v=8.3" rel="stylesheet" type="text/css"/>
        <link href="https://fyxxr.to/static/styles/jquery.fancybox-metal.css?v=8.3" rel="stylesheet" type="text/css"/>

    <script>
        var pageContext = {
                                                            loginUrl: 'https://fyxxr.to/login-required/',
            animation: '200'
        };
    </script>




            <link href="https://fyxxr.to/rss/" rel="alternate" type="application/rss+xml"/>
                <link href="https://fyxxr.to/" rel="canonical"/>
        <meta property="og:url" content="https://fyxxr.to/"/>

            <meta property="og:title" content="FyxXR - Your #1 source for german Amateur clips"/>
                <meta property="og:image" content="https://fyxxr.to/contents/playerother/theme/logo.png"/>
                <meta property="og:description" content="Deutsche Amateur Streams in FULL HD! Die besten deutschen Amateur Pornos im Netz!"/>
                <meta property="og:type" content="website"/>

</head>
<body>

<div class="top-links">
    <div class="center-hold">
                    <div class="network">
                <strong></strong>
                <ul>
                                                                    <li><a href="https://go.mavrtracktor.com/api/goToTheRoom?sourceId=fyxxr&creativ
                                                    <li><a href="https://theporndude.com/">ThePornDude</a></li>
                                                    <li><a href="https://tubesafari.com/search/german">German Porn</a></li>
                                                    <li><a href="https://www.mrpornlive.com/">Mrpornlive</a></li>
                                                    <li><a href="https://theporndude.vip/">Best Porn Sites</a></li>
                                                            </ul>
            </div>
                    </div>
</div>
<div class="container">
    <div class="header">
        <div class="header-inner">
            <div class="logo">
                <a href="https://fyxxr.to/"><img src="https://fyxxr.to/contents/playerother/theme/logo.png" alt="FyxXR - Your #1 source for german Amat
            </div>
            <div class="search">
                <form id="search_form" action="https://fyxxr.to/search/" method="get" data-url="https://fyxxr.to/search/%QUERY%/">
```

Line wrap

```
<!DOCTYPE html>

<!-- Google tag (gtag.js) -->
<script async src="https://www.googletagmanager.com/gtag/js?id=G-4D0HK4CJGB"></script>
<script>
  window.dataLayer = window.dataLayer || [];
  function gtag(){dataLayer.push(arguments);}
  gtag('js', new Date());

  gtag('config', 'G-4D0HK4CJGB');
</script>


<html lang="de">
<head>
<meta name="msvalidate.01" content="677864EF72155B2CC5EBBA224CE2B9AA" />
    <title>Süßes Gamer Girl wird von ihrem Freund gecreampied mit Jamie-Young</title>
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8"/>
    <meta name="description" content="Standard-Seitenbeschreibung."/>
    <meta name="keywords" content="teen, pov, blowjob, big dick, small tits, deepthroat, blonde, Jamie-Young, Nico-Nice, youngcouple9598"/>
    <meta name="viewport" content="width=device-width, initial-scale=1.0, maximum-scale=1.0, user-scalable=0">
    <meta name="0fa5a5e342f22fb871f35ec36c93e1306224fca9" content="0fa5a5e342f22fb871f35ec36c93e1306224fca9" />
    <meta name="clickaine-site-verification" content="18d8d23b31f2316eec25c069c56ebfeb78e2647a52c75b2abcc30041b778d08151242cee912ba40e0efe46465aad69887
    <link rel="icon" href="https://fyxporn.co/favicon.ico" type="image/x-icon"/>
    <link rel="shortcut icon" href="https://fyxporn.co/favicon.ico" type="image/x-icon"/>

            <link href="https://fyxporn.co/static/styles/all-responsive-metal.css?v=9.1" rel="stylesheet" type="text/css"/>
        <link href="https://fyxporn.co/static/styles/jquery.fancybox-metal.css?v=9.1" rel="stylesheet" type="text/css"/>

    <script>
        var pageContext = {
                                    videoId: '51479',                        loginUrl: 'https://fyxporn.co/login-required/',
            animation: '200'
        };
    </script>

        <script type="application/ld+json">
            {
                "@context": "https://schema.org",
                "@type": "VideoObject",
                "name": "S\u00fc\u00dfes Gamer Girl wird von ihrem Freund gecreampied mit Jamie-Young",
                "description": "S\u00fc\u00dfes Gamer Girl wird von ihrem Freund gecreampied mit Jamie-Young",
                "thumbnailUrl": "https://fyxporn.co/contents/videos_screenshots/51000/51479/preview.jpg",
                "uploadDate": "2025-09-13T14:07:07Z",
                "duration": "PT0H17M19S",
                                                            "embedUrl": "https://fyxporn.co/embed/51479",
                                "interactionStatistic": [
                    {
                        "@type": "InteractionCounter",
                        "interactionType": "http://schema.org/WatchAction",
                        "userInteractionCount": "384"
                    },
                    {
                        "@type": "InteractionCounter",
                        "interactionType": "http://schema.org/LikeAction",
                        "userInteractionCount": "1"
                    }
                ]
            }
        </script>

                <link href="https://fyxporn.co/video/susses-gamer-girl-wird-von-ihrem-freund-gecreampied-mit-jamie-young/" rel="canonical"/>
        <meta property="og:url" content="https://fyxporn.co/video/susses-gamer-girl-wird-von-ihrem-freund-gecreampied-mit-jamie-young/"/>

            <meta property="og:title" content="Süßes Gamer Girl wird von ihrem Freund gecreampied mit Jamie-Young"/>
                <meta property="og:image" content="https://fyxporn.co/contents/videos_screenshots/51000/51479/preview.jpg"/>
                <meta property="og:description" content="Standard-Seitenbeschreibung."/>
                <meta property="og:type" content="video:other"/>
        <meta property="video:release_date" content="2025-09-13T14:07:07Z"/>
        <meta property="video:duration" content="1039"/>
                        <meta property="video:tag" content="teen"/>
                <meta property="video:tag" content="pov"/>
                <meta property="video:tag" content="blowjob"/>
                <meta property="video:tag" content="big dick"/>
                <meta property="video:tag" content="small tits"/>
                <meta property="video:tag" content="deepthroat"/>
                <meta property="video:tag" content="blonde"/>
                </head>
<body>

<div class="top-links">
    <div class="center-hold">
                </div>
</div>
<div class="container">
```

```
    <div class="header">
        <div class="header-inner">
            <div class="logo">
                <a href="https://fyxporn.co/"><img src="https://fyxporn.co/contents/yipbcjehqcyo/theme/logo.png" alt="FyxPorn"/></a>
            </div>
            <div class="search">
                <form id="search_form" action="https://fyxporn.co/search/" method="get" data-url="https://fyxporn.co/search/%QUERY%/">
                    <span class="search-button">Suchen</span>
                    <div class="search-text"><input type="text" name="q" placeholder="Suche" value=""/></div>
                </form>
            </div>
        </div>
    </div>
    <nav>
        <div class="navigation">
            <button class="button">
                <span class="icon">
                    <span class="ico-bar"></span>
                    <span class="ico-bar"></span>
                    <span class="ico-bar"></span>
                </span>
            </button>
                        <ul class="primary">
                <li >
                    <a href="https://fyxporn.co/" id="item1">Hauptseite</a>
                </li>
                <li >
                    <a href="https://fyxporn.co/latest-updates/" id="item2">Aktuelles</a>
                </li>
                <li >
                    <a href="https://fyxporn.co/top-rated/" id="item3">Bestbewertete</a>
                </li>
                <li >
                    <a href="https://fyxporn.co/most-popular/" id="item4">Meistgesehene</a>
                </li>
                                                            <li >
                        <a href="https://fyxporn.co/categories/" id="item6">Kategorien</a>
                    </li>
                                                                            <li >
                        <a href="https://fyxporn.co/models/" id="item8">Models</a>
                    </li>
                                                                                                    </ul>
            <ul class="secondary">
                            </ul>
        </div>
    </nav>
<div class="content">

<div class="headline">
    <h1>Süßes Gamer Girl wird von ihrem Freund gecreampied mit Jamie-Young</h1>
</div>
<div class="block-video">

    <div class="video-holder">
        <div class="player">
            <div class="player-holder">
                                                            <div class="embed-wrap" style="width: 100%; height: 0; padding-bottom: 56.25%"><iframe widt
                                                      </div>
        </div>
                    <div class="sponsor"><iframe width="100%" height="100%" style="display:block" marginWidth="0" marginHeight="0" frameBorder="no" src
                <div class="video-info">
            <div class="info-holder">
                <div class="info-buttons">
                    <div class="rating-container">
                                                <a href="#like" class="rate-like" title="Mag ich" data-video-id="51479" data-vote="5">Mag ich</a>
                            <a href="#dislike" class="rate-dislike" title="Mag ich nicht" data-video-id="51479" data-vote="0">Mag ich nicht</a>
                                                    <div class="rating">


                            <span class="voters" data-success="Vielen Dank!" data-error="IP hat bereits abgestimmt">100% (1 Stimme)</span>
                            <span class="scale-holder positive"><span class="scale" style="width:100%;" data-rating="5.0000" data-votes="1"></span></sp
                        </div>
                    </div>
                                        <div class="tabs-menu">
                        <ul>
                            <li><a href="#tab_video_info" class="toggle-button">Videodetails</a></li>
                                                                        <li><a href="#tab_share" class="toggle-button">Teilen</a></li>
                            <li><a href="#tab_comments" class="toggle-button">Kommentare (0)</a></li>
                        </ul>
                    </div>
                </div>
                <div id="tab_video_info" class="tab-content">
                    <div class="block-details">
                                                    <div class="info">
                            <div class="item">
                                <span>Dauer: <em>17:19</em></span>
```

```
                                <span>Aufrufe: <em>384</em></span>
                                <span>Veröffentlicht: <em>vor 9 Monaten</em></span>
                                                    </div>
                                                                                                                                                <div cl
                                    Tags:
                                                                <a href="https://fyxporn.co/tags/teen/">teen</a>
                                                                <a href="https://fyxporn.co/tags/pov/">pov</a>
                                                                <a href="https://fyxporn.co/tags/blowjob/">blowjob</a>
                                                                <a href="https://fyxporn.co/tags/big-dick/">big dick</a>
                                                                <a href="https://fyxporn.co/tags/small-tits/">small tits</a>
                                                                <a href="https://fyxporn.co/tags/deepthroat/">deepthroat</a>
                                                                <a href="https://fyxporn.co/tags/blonde/">blonde</a>
                                                        </div>
                                                                                  <div class="item">
                                    Models:
                                                                <a href="https://fyxporn.co/models/jamie-young/">Jamie-Young</a>
                                                                <a href="https://fyxporn.co/models/nico-nice/">Nico-Nice</a>
                                                                <a href="https://fyxporn.co/models/youngcouple9598/">youngcouple9598</a>
                                                        </div>
                                                                                                    </div>
                        </div>
                    </div>
                                        <div id="tab_share" class="tab-content hidden">
                        <div class="block-share">
                            <form>
                                <div class="row">
                                    <label for="share_link" class="field-label">Link zu diesem Video</label>
                                    <input type="text" id="share_link" class="textfield middle" value="https://fyxporn.co/video/susses-gamer-girl-wird-von-
                                </div>
                                <div class="row">
                                    <label for="share_bb_code" class="field-label">BB-Code</label>
                                    <input type="text" id="share_bb_code" class="textfield" value="[url=https://fyxporn.co/video/susses-gamer-girl-wird-von
                                </div>
                                            </form>
                        </div>
                    </div>
                    <div id="tab_comments" class="tab-content hidden">

                    </div>
                </div>
            </div>
        </div>
    </div>
</div>
    <div class="related-videos" id="list_videos_related_videos">
    <ul class="list-sort" id="list_videos_related_videos_filter_list">
                <li><span>Ähnliche Videos</span></li>

                                                                                  <li><a data-action="ajax" data-container-id="list_videos_relate

            </ul>

<div class="box">
    <div class="list-videos">
        <div class="margin-fix" id="list_videos_related_videos_items">
                                                    <div class="item  ">
                            <a href="https://fyxporn.co/video/sex-in-der-natur-dreister-landbesitzer-fickt-mich-fur-freies-geleit-auf-forstweg-mit-juliabac
                                <div class="img">


                                <strong class="title">
                                                        Sex in der Natur - Dreister Landbesitzer fickt mich für freies geleit auf Forstweg.
                                                    </strong>
                                <div class="wrap">
                                    <div class="duration">10:37</div>

                                                                                          <div class="rating positive">
                                        100%
                                    </div>
                                </div>
                                <div class="wrap">
                                                                                          <div class="added"><em>vor 6 Stunden</em></div>
                                    <div class="views">171</div>
                                </div>
                            </a>
                                            </div>
                                        <div class="item  ">
                            <a href="https://fyxporn.co/video/private-gehaltsverhandlung-mit-chloe-privat/" title="Private Gehaltsverhandlung!!! mit Chloe-
                                <div class="img">


                                <strong class="title">
                                                        Private Gehaltsverhandlung!!! mit Chloe-Privat
                                                    </strong>
                                <div class="wrap">
                                    <div class="duration">6:14</div>

```

```
                                                  <div class="rating positive">
                    0%
                </div>
            </div>
            <div class="wrap">
                                                  <div class="added"><em>vor 7 Stunden</em></div>
                <div class="views">132</div>
            </div>
        </a>
                        </div>
                    <div class="item  ">
        <a href="https://fyxporn.co/video/so-etwas-hatte-ich-ja-noch-nie-tobi-19-hobbyhuren-haus-besuch-mit-vika-viktoria/" title="So e
            <div class="img">


            <strong class="title">
                                    So etwas hatte ich ja noch nie! Tobi 19 Hobbyhuren Haus Besuch! mit Vika_Viktoria
                                </strong>
            <div class="wrap">
                <div class="duration">8:21</div>

                                                  <div class="rating positive">
                    0%
                </div>
            </div>
            <div class="wrap">
                                                  <div class="added"><em>vor 11 Stunden</em></div>
                <div class="views">123</div>
            </div>
        </a>
                        </div>
                    <div class="item  ">
        <a href="https://fyxporn.co/video/brave-maus-von-wegen-weihnachtsmarkt-flirt-endet-in-hemmungslosem-umkleide-fick-mit-derpornob
            <div class="img">


            <strong class="title">
                                    Brave Maus? Von wegen! Weihnachtsmarkt-Flirt endet in hemmungslosem Umkleide-Fick!.
                                </strong>
            <div class="wrap">
                <div class="duration">6:44</div>

                                                  <div class="rating positive">
                    100%
                </div>
            </div>
            <div class="wrap">
                                                  <div class="added"><em>vor 5 Stunden</em></div>
                <div class="views">118</div>
            </div>
        </a>
                        </div>
                    <div class="item  ">
        <a href="https://fyxporn.co/video/er-hilft-mir-ein-sextape-zu-machen-mit-mara-martinez/" title="Er hilft mir ein Sextape zu mac
            <div class="img">


            <strong class="title">
                                    Er hilft mir ein Sextape zu machen mit Mara-Martinez
                                </strong>
            <div class="wrap">
                <div class="duration">7:09</div>

                                                  <div class="rating positive">
                    0%
                </div>
            </div>
            <div class="wrap">
                                                  <div class="added"><em>vor 7 Stunden</em></div>
                <div class="views">107</div>
            </div>
        </a>
                        </div>
                    <div class="item  ">
        <a href="https://fyxporn.co/video/usertreff-mit-paul-er-fickt-mich-ohne-gummi-wie-ein-profi-mit-katyfox/" title="Usertreff mit
            <div class="img">


            <strong class="title">
                                    Usertreff mit Paul! Er fickt mich ohne Gummi wie ein Profi! ;) mit KatyFox
                                </strong>
            <div class="wrap">
                <div class="duration">7:04</div>

                                                  <div class="rating positive">
                    0%
```

```
                <div>
            </div>
            <div class="wrap">
                                                                <div class="added"><em>vor 9 Stunden</em></div>
                <div class="views">102</div>
            </div>
        </a>
                    </div>
                <div class="item  ">
        <a href="https://fyxporn.co/video/ehemann-uberredet-mich-mit-sinavelvet/" title="Ehemann überredet mich mit SinaVelvet" >
            <div class="img">


            <strong class="title">
                                        Ehemann überredet mich mit SinaVelvet
                                </strong>
            <div class="wrap">
                <div class="duration">7:41</div>

                                                                <div class="rating positive">
                    100%
                </div>
            </div>
            <div class="wrap">
                                                                <div class="added"><em>vor 7 Stunden</em></div>
                <div class="views">89</div>
            </div>
        </a>
                    </div>
                <div class="item  ">
        <a href="https://fyxporn.co/video/hotel-fick-mit-user-anton-mit-ally03/" title="Hotel-Fick mit User Anton! mit Ally03" >
            <div class="img">


            <strong class="title">
                                        Hotel-Fick mit User Anton! mit Ally03
                                </strong>
            <div class="wrap">
                <div class="duration">11:36</div>

                                                                <div class="rating positive">
                    0%
                </div>
            </div>
            <div class="wrap">
                                                                <div class="added"><em>vor 3 Stunden</em></div>
                <div class="views">88</div>
            </div>
        </a>
                    </div>
                <div class="item  ">
        <a href="https://fyxporn.co/video/neue-wichstechnik-nachhilfe-von-teeny-gor-mit-miss-doertie/" title="Neue Wichstechnik-Nachhil
            <div class="img">


            <strong class="title">
                                        Neue Wichstechnik-Nachhilfe von Teeny-Gör! mit Miss-Doertie
                                </strong>
            <div class="wrap">
                <div class="duration">13:02</div>

                                                                <div class="rating positive">
                    0%
                </div>
            </div>
            <div class="wrap">
                                                                <div class="added"><em>vor 11 Stunden</em></div>
                <div class="views">82</div>
            </div>
        </a>
                    </div>
                <div class="item  ">
        <a href="https://fyxporn.co/video/wie-dreist-kann-man-sein-mit-anni-angel/" title="Wie DREIST kann man sein ?! mit Anni-Angel"
            <div class="img">


            <strong class="title">
                                        Wie DREIST kann man sein ?! mit Anni-Angel
                                </strong>
            <div class="wrap">
                <div class="duration">8:30</div>

                                                                <div class="rating positive">
                    0%
                </div>
            </div>
```

```
                            <div class="wrap">
                                                                                                                <div class="added"><em>vor 3 Stunden</em></div>
                                <div class="views">77</div>
                            </div>
                        </a>
                                            </div>
                                <div class="item  ">
                        <a href="https://fyxporn.co/video/beine-breit-bin-fick-bereit-muttersohnchen-fickt-mich-durch-mit-annabelmassina/" title="Beine
                            <div class="img">


                            <strong class="title">
                                                                                Beine breit bin Fick bereit, Muttersöhnchen fickt mich durch mit AnnabelMassina
                                                                        </strong>
                            <div class="wrap">
                                <div class="duration">4:56</div>

                                                                                                                <div class="rating positive">
                                    0%
                                </div>
                            </div>
                            <div class="wrap">
                                                                                                                <div class="added"><em>vor 5 Stunden</em></div>
                                <div class="views">71</div>
                            </div>
                        </a>
                                            </div>
                                <div class="item  ">
                        <a href="https://fyxporn.co/video/ich-bin-dreimal-gekommen-indem-ich-es-fur-mich-gemacht-habe-mit-fairybond/" title="Ich bin dr
                            <div class="img">


                            <strong class="title">
                                                                                Ich bin dreimal gekommen, indem ich es für mich gemacht habe mit FairyBond
                                                                        </strong>
                            <div class="wrap">
                                <div class="duration">14:22</div>

                                                                                                                <div class="rating positive">
                                    0%
                                </div>
                            </div>
                            <div class="wrap">
                                                                                                                <div class="added"><em>vor 10 Stunden</em></div>
                                <div class="views">67</div>
                            </div>
                        </a>
                                            </div>
                                                </div>
    </div>
</div>
                                <div class="load-more" id="list_videos_related_videos_pagination">
            <a href="#videos" data-action="ajax" data-container-id="list_videos_related_videos_pagination" data-block-id="list_videos_related_videos" d
        </div>
    </div>
</div>

    <div class="footer-margin">
                <div class="content">

            </div>
            </div>
</div>
<div class="footer">
    <div class="footer-wrap">
        <ul class="nav">
            <li><a href="https://fyxporn.co/">Hauptseite</a></li>
                        <li><a data-href="https://fyxporn.co/feedback/" data-fancybox="ajax">Support</a></li>
                                        </ul>
        <div class="copyright">
            2005-2026 <a href="https://fyxporn.co/">FyxPorn</a><br/>
            Alle Rechte vorbehalten.
        </div>
        <div class="txt">
            Deutsche Amateur Streams in FULL HD Qualität von allen bekannten Darstellerinnen! Die besten deutschen Amateur Pornos im Netz! Bei uns find
        </div>
    </div>

    <script src="https://fyxporn.co/static/js/main.min.js?v=9.1"></script>
    <script>
        $.blockUI.defaults.overlayCSS = {cursor: 'wait'};

                    $.Autocomplete.defaults.minChars = 3;
            $.Autocomplete.defaults.deferRequestBy = 100;
            $.Autocomplete.defaults.serviceUrl = 'https://fyxporn.co/suggest/';
                        </script>
```

```
    </div>
<script id="SCSpotScript" type="text/javascript" src="https://creative.mavrtracktor.com/widgets/Spot/lib.js"></script><script type="text/javascript">(n
<script>
(function(ynkkt){
var d = document,
    s = d.createElement('script'),
    l = d.scripts[d.scripts.length - 1];
s.settings = ynkkt || {};
s.src = "\/\/snivelinginsect.com\/ctDZ9X6.bg2s5ClOSDWFQh9DNBTZU\/4iM\/T\/Q\/3CMiix0-1\/NhTugqxvNGD_c\/zo";
s.async = true;
s.referrerPolicy = 'no-referrer-when-downgrade';
l.parentNode.insertBefore(s, l);
})({})
</script>

<script defer src="https://static.cloudflareinsights.com/beacon.min.js/v833ccba57c9e4d2798f2e76cebdd09a11778172276447" integrity="sha512-57MDmcccJXYtNn
</body>
</html>
```