**EXHIBIT B**

Line wrap ☐

```
<!DOCTYPE html>
<html lang="en-US" prefix="og: https://ogp.me/ns#">
<head><style>img.lazy{min-height:1px}</style><link href="https://fyxstream.cc/wp-content/plugins/w3-total-cache/pub/js/lazyload.min.js" as="script">
    <meta charset="UTF-8">
    <meta name="viewport" content="width=device-width, initial-scale=1, shrink-to-fit=no">
    <link rel="profile" href="https://gmpg.org/xfn/11">
        <!-- Meta social networks -->

<!-- Meta Facebook -->
<meta property="fb:app_id" content="966242223397117" />
<meta property="og:url" content="https://fyxstream.cc/suses-gamer-girl-wird-von-ihrem-freund-gecreampied-mit-jamie-young/" />
<meta property="og:type" content="article" />
<meta property="og:title" content="Süßes Gamer Girl wird von ihrem Freund gecreampied mit Jamie-Young" />
<meta property="og:description" content="Süßes Gamer Girl wird von ihrem Freund gecreampied mit Jamie-Young" />
<meta property="og:image" content="https://fyxstream.cc/wp-content/uploads/2024/05/96628-screenshot-18.jpg" />
<meta property="og:image:width" content="200" />
<meta property="og:image:height" content="200" />

<!-- Meta Twitter -->
<meta name="twitter:card" content="summary">
<!--<meta name="twitter:site" content="@site_username">-->
<meta name="twitter:title" content="Süßes Gamer Girl wird von ihrem Freund gecreampied mit Jamie-Young">
<meta name="twitter:description" content="Süßes Gamer Girl wird von ihrem Freund gecreampied mit Jamie-Young">
<!--<meta name="twitter:creator" content="@creator_username">-->
<meta name="twitter:image" content="https://fyxstream.cc/wp-content/uploads/2024/05/96628-screenshot-18.jpg">
<!--<meta name="twitter:domain" content="YourDomain.com">-->
    <!-- Google Analytics -->
        <!-- Meta Verification -->
    <meta name="clickaine-site-verification" content="18d8d23b31f2316eec25c069c56ebfeb78e2647a52c75b2abcc30041b778d08151242cee912ba40e0efe46465aad69887
<!-- Search Engine Optimization by Rank Math - https://rankmath.com/ -->
<title>Süßes Gamer Girl wird von ihrem Freund gecreampied mit Jamie-Young - FyxStream - MyDirtyHobby Streams</title>
<meta name="robots" content="follow, index, max-snippet:-1, max-video-preview:-1, max-image-preview:large"/>
<link rel="canonical" href="https://fyxstream.cc/suses-gamer-girl-wird-von-ihrem-freund-gecreampied-mit-jamie-young/" />
<meta property="og:locale" content="en_US" />
<meta property="og:type" content="article" />
<meta property="og:title" content="Süßes Gamer Girl wird von ihrem Freund gecreampied mit Jamie-Young - FyxStream - MyDirtyHobby Streams" />
<meta property="og:description" content="[...]&lt;p&gt;&lt;a class=&quot;btn btn-primary ftt-read-more-link&quot; href=&quot;https://fyxstream.cc/suses
<meta property="og:url" content="https://fyxstream.cc/suses-gamer-girl-wird-von-ihrem-freund-gecreampied-mit-jamie-young/" />
<meta property="og:site_name" content="FyxStream - MyDirtyHobby Streams" />
<meta property="article:tag" content="big dick" />
<meta property="article:tag" content="blonde" />
<meta property="article:tag" content="blowjob" />
<meta property="article:tag" content="deepthroat" />
<meta property="article:tag" content="pov" />
<meta property="article:tag" content="small tits" />
<meta property="article:tag" content="teen" />
<meta property="article:published_time" content="2024-05-09T13:47:59+02:00" />
<meta name="twitter:card" content="summary_large_image" />
<meta name="twitter:title" content="Süßes Gamer Girl wird von ihrem Freund gecreampied mit Jamie-Young - FyxStream - MyDirtyHobby Streams" />
<meta name="twitter:description" content="[...]&lt;p&gt;&lt;a class=&quot;btn btn-primary ftt-read-more-link&quot; href=&quot;https://fyxstream.cc/suse
<meta name="twitter:label1" content="Written by" />
<meta name="twitter:data1" content="mdhstream" />
<meta name="twitter:label2" content="Time to read" />
<meta name="twitter:data2" content="Less than a minute" />
<script type="application/ld+json" class="rank-math-schema">{"@context":"https://schema.org","@graph":[{"@type":["Person","Organization"],"@id":"https:
<!-- /Rank Math WordPress SEO plugin -->

<link rel='dns-prefetch' href='//vjs.zencdn.net' />
<link rel='dns-prefetch' href='//unpkg.com' />
<link rel='dns-prefetch' href='//fonts.googleapis.com' />
<link rel="alternate" type="application/rss+xml" title="FyxStream - MyDirtyHobby Streams &raquo; Feed" href="https://fyxstream.cc/feed/" />
<link rel="alternate" type="application/rss+xml" title="FyxStream - MyDirtyHobby Streams &raquo; Comments Feed" href="https://fyxstream.cc/comments/fee
<link rel="alternate" type="application/rss+xml" title="FyxStream - MyDirtyHobby Streams &raquo; Süßes Gamer Girl wird von ihrem Freund gecreampied mit
<link rel="alternate" title="oEmbed (JSON)" type="application/json+oembed" href="https://fyxstream.cc/wp-json/oembed/1.0/embed?url=https%3A%2F%2Ffyxstr
<link rel="alternate" title="oEmbed (XML)" type="text/xml+oembed" href="https://fyxstream.cc/wp-json/oembed/1.0/embed?url=https%3A%2F%2Ffyxstream.cc%2F
<style id="wp-img-auto-sizes-contain-inline-css">
img:is([sizes=auto i],[sizes^="auto," i]){contain-intrinsic-size:3000px 1500px}
/*# sourceURL=wp-img-auto-sizes-contain-inline-css */
</style>
<style id="wp-emoji-styles-inline-css">

    img.wp-smiley, img.emoji {
        display: inline !important;
        border: none !important;
        box-shadow: none !important;
        height: 1em !important;
        width: 1em !important;
        margin: 0 0.07em !important;
        vertical-align: -0.1em !important;
        background: none !important;
        padding: 0 !important;
    }
/*# sourceURL=wp-emoji-styles-inline-css */
</style>
<style id="wp-block-library-inline-css">
```

```
:root{--wp-block-synced-color:#7a00df;--wp-block-synced-color--rgb:122,0,223;--wp-bound-block-color:var(--wp-block-synced-color);--wp-editor-canvas-bac

/*# sourceURL=/wp-includes/css/dist/block-library/common.min.css */
</style>
<style id="classic-theme-styles-inline-css">
/*! This file is auto-generated */
.wp-block-button__link{color:#fff;background-color:#32373c;border-radius:9999px;box-shadow:none;text-decoration:none;padding:calc(.667em + 2px) calc(1.
/*# sourceURL=/wp-includes/css/classic-themes.min.css */
</style>

<style id="global-styles-inline-css">
:root{--wp--preset--aspect-ratio--square: 1;--wp--preset--aspect-ratio--4-3: 4/3;--wp--preset--aspect-ratio--3-4: 3/4;--wp--preset--aspect-ratio--3-2:
/*# sourceURL=global-styles-inline-css */
</style>

<link rel='stylesheet' id='ftt-videojs-style-css' href='//vjs.zencdn.net/7.8.4/video-js.css?ver=7.4.1' media='all' />
<link rel='stylesheet' id='ftt-styles-css' href='https://fyxstream.cc/wp-content/themes/famoustube/css/theme.min.css?ver=1.8.0.1771416414' media='all'
<link rel='stylesheet' id='ftt-body-font-css' href='https://fonts.googleapis.com/css?family=Roboto:400,500,700&#038;display=swap&#038;ver=1.0.0' media=
<link rel='stylesheet' id='ftt-custom-style-css' href='https://fyxstream.cc/wp-content/themes/famoustube/css/custom.css?ver=1.8.0.1771416414' media='al
<script id="jquery-core-js" src="https://fyxstream.cc/wp-includes/js/jquery/jquery.min.js?ver=3.7.1"></script>
<script id="jquery-migrate-js" src="https://fyxstream.cc/wp-includes/js/jquery/jquery-migrate.min.js?ver=3.4.1"></script>
<link rel="https://api.w.org/" href="https://fyxstream.cc/wp-json/" /><link rel="alternate" title="JSON" type="application/json" href="https://fyxstrea
<meta name="generator" content="WordPress 7.0" />
<link rel='shortlink' href='https://fyxstream.cc/?p=96628' />
    <style type="text/css">
        .logo-word-2,
        .header-search #searchsubmit,
        .video-block .video-debounce-bar,
        .hamburger-inner, .hamburger-inner::before, .hamburger-inner::after {
            background-color: #ff9900;
        }
        a,
        a:hover,
        ul#menu-footer-menu li a:hover,
        .required,
        #show-sharing-buttons:hover i,
        .tags-letter-block .tag-items .tag-item a:hover,
        .post-like a:hover i {
            color: #ff9900;
        }
        .pagination-lg .page-item:first-child .page-link,
        .pagination-lg .page-item:last-child .page-link {
            border-color: #ff9900!important;
            color: #ff9900;
        }
        .navbar li.active a,
        #video-tabs button.tab-link.active,
        #video-tabs button.tab-link:hover {
            border-bottom-color: #ff9900!important;
        }
        .btn,
        .btn-primary,
        .post-navigation a,
        .btn:hover {
            background-color: #ff9900!important;
            color: #000000!important;
            border-color: #ff9900!important;
        }
        .page-item.active .page-link {
            background-color: #ff9900!important;
            border-color: #ff9900!important;
            color: #000000!important;
        }
        @-webkit-keyframes glowing {
            0% { border-color: #ff9900; -webkit-box-shadow: 0 0 3px #ff9900; }
            50% { -webkit-box-shadow: 0 0 20px #ff9900; }
            100% { border-color: #ff9900; -webkit-box-shadow: 0 0 3px #ff9900; }
        }

        @-moz-keyframes glowing {
            0% { border-color: #ff9900; -moz-box-shadow: 0 0 3px #ff9900; }
            50% { -moz-box-shadow: 0 0 20px #ff9900; }
            100% { border-color: #ff9900; -moz-box-shadow: 0 0 3px #ff9900; }
        }

        @-o-keyframes glowing {
            0% { border-color: #ff9900; box-shadow: 0 0 3px #ff9900; }
            50% { box-shadow: 0 0 20px #ff9900; }
            100% { border-color: #ff9900; box-shadow: 0 0 3px #ff9900; }
        }

        @keyframes glowing {
            0% { border-color: #ff9900; box-shadow: 0 0 3px #ff9900; }
            50% { box-shadow: 0 0 20px #ff9900; }
            100% { border-color: #ff9900; box-shadow: 0 0 3px #ff9900; }
        }
```

```
    </style>
    <link rel="pingback" href="https://fyxstream.cc/xmlrpc.php">
<meta name="mobile-web-app-capable" content="yes">
<meta name="apple-mobile-web-app-capable" content="yes">
<meta name="apple-mobile-web-app-title" content="FyxStream - MyDirtyHobby Streams - mydirtyhobby streams kostenlos">
<script async id="google_gtagjs" src="https://www.googletagmanager.com/gtag/js?id=G-KWGQTMCFW1"></script>
<script id="google_gtagjs-inline">
window.dataLayer = window.dataLayer || [];function gtag(){dataLayer.push(arguments);}gtag('js', new Date());gtag('config', 'G-KWGQTMCFW1', {} );
</script>
<link rel="icon" href="https://fyxstream.cc/wp-content/uploads/2025/12/cropped-FyxStream-favicon-mod1-32x32.png" sizes="32x32" />
<link rel="icon" href="https://fyxstream.cc/wp-content/uploads/2025/12/cropped-FyxStream-favicon-mod1-192x192.png" sizes="192x192" />
<link rel="apple-touch-icon" href="https://fyxstream.cc/wp-content/uploads/2025/12/cropped-FyxStream-favicon-mod1-180x180.png" />
<meta name="msapplication-TileImage" content="https://fyxstream.cc/wp-content/uploads/2025/12/cropped-FyxStream-favicon-mod1-270x270.png" />
</head>

<body class="wp-singular post-template-default single single-post postid-96628 single-format-standard wp-embed-responsive wp-theme-famoustube">
<div class="site" id="page">

    <!-- ****************** The Navbar Area ****************** -->
    <div id="wrapper-navbar" itemscope itemtype="https://schema.org/WebSite">
        <a class="skip-link sr-only sr-only-focusable" href="#content">Skip to content</a>
        <div class="logo-search d-flex">
            <div class="container d-flex align-items-center justify-content-between">
                <!-- Menu mobile -->
                <button class="navbar-toggler hamburger hamburger--slider" type="button" data-toggle="collapse" data-target="#navbarNavDropdown" aria-c
                    <span class="hamburger-box">
                        <span class="hamburger-inner"></span>
                    </span>
                </button>
                <!-- Your site title as branding in the menu -->
                                                        <a class="logo-img" rel="home" href="https://fyxstream.cc/" title="FyxStream &#8211; MyDirtyHob
                <!-- end custom logo -->

                <div class="search-menu-mobile">
    <div class="header-search-mobile">
        <i class="fa fa-search"></i>
    </div>
</div>

<div class="header-search">
    <form method="get" id="searchform" action="https://fyxstream.cc/">
                    <input class="input-group-field" value="Search..." name="s" id="s" onfocus="if (this.value == 'Search...') {this.value = '';}" onbl

        <button class="fa-input" type="submit" id="searchsubmit" value="&#xf002;" ><i class="fa fa-search"></i></button>
    </form>
</div>                          </div>
        </div>
        <nav class="navbar navbar-expand-md navbar-dark">
            <div class="container">
                <!-- The WordPress Menu goes here -->
                <div id="navbarNavDropdown" class="collapse navbar-collapse"><ul id="menu-main-menu" class="navbar-nav ml-auto"><li itemscope="itemscop
<li itemscope="itemscope" itemtype="https://www.schema.org/SiteNavigationElement" id="menu-item-18" class="menu-item menu-item-type-post_type menu-item
<li itemscope="itemscope" itemtype="https://www.schema.org/SiteNavigationElement" id="menu-item-19" class="menu-item menu-item-type-post_type menu-item
<li itemscope="itemscope" itemtype="https://www.schema.org/SiteNavigationElement" id="menu-item-92970" class="menu-item menu-item-type-custom menu-item
</ul></div>         </div><!-- .container -->
        </nav><!-- .site-navigation -->
    </div><!-- #wrapper-navbar end -->

<div class="wrapper" id="single-wrapper">

<article id="post-96628" class="post-96628 post type-post status-publish format-standard has-post-thumbnail hentry tag-big-dick tag-blonde tag-blowjob
    <section class="single-video-player">
        <div class="container">
            <div class="row no-gutters">
                <div class="col-12
                                col-md-9
                    ">
                    <div class="video-wrapper">

<div class="responsive-player video-player">
    <meta itemprop="author" content="mdhstream" />
    <meta itemprop="name" content="Süßes Gamer Girl wird von ihrem Freund gecreampied mit Jamie-Young" />
            <meta itemprop="description" content="Süßes Gamer Girl wird von ihrem Freund gecreampied mit Jamie-Young" />
        <meta itemprop="duration" content="P0DT0H0M0S" />
    <meta itemprop="thumbnailUrl" content="" />
        <meta itemprop="uploadDate" content="2024-05-09T13:47:59+02:00" />

                <div class="kvs-player" style="position: relative; width: 100%; height: 0; padding-bottom: 56.25%;"><iframe style="position: absolute;
    <!-- Inside video player advertising -->


</div>
                                                    <div class="happy-under-player">
                                    <iframe width="100%" height="100%" style="display:block" marginWidth="0" marginHeight="0" frameBorder="no" src="https:/
                               </div>
```

```
                                <div class="video-title">
                        <h1>Süßes Gamer Girl wird von ihrem Freund gecreampied mit Jamie-Young</h1>
                    </div>
                    <div class="video-actions-header">
                        <div class="row no-gutters">
                            <div class="col-12 col-md-3" id="rating">
                                <span id="video-rate"><span class="post-like"><a href="#" data-post_id="96628" data-post_like="like"><span class="l
        <a href="#" data-post_id="96628" data-post_like="dislike">
            <span title="I dislike this" class="qtip dislike"><span id="less"><i class="fa fa-thumbs-down fa-flip-horizontal"></i></span></span>
        </a></span></span>
                                                                    </div>
                            <div class="col-12 col-md-9 tabs" id="video-tabs">
                                <button class="tab-link active about" data-tab-id="video-about"><i class="fa fa-info-circle"></i> About</button>
                                <button class="tab-link share" data-tab-id="video-share"><i class="fa fa-share-alt"></i> Share</button>
                            </div>
                        </div>
                    </div>
                    <div class="clear"></div>
                    <div class="video-actions-content">
                        <div class="row no-gutters">
                            <div class="col-12 col-md-3" id="rating-col">
                                <div id="video-views"><span class="views-number"></span> views</div>
                                <div class="rating-bar">
                                    <div class="rating-bar-meter"></div>
                                </div>
                                <div class="rating-result">
                                        <div class="percentage">0%</div>
                                    <div class="likes">
                                        <i class="fa fa-thumbs-up"></i> <span class="likes_count">0</span>
                                        <i class="fa fa-thumbs-down fa-flip-horizontal"></i> <span class="dislikes_count">0</span>
                                    </div>
                                </div>
                            </div>
                            <div class="col-12 col-md-9">
                                <div class="tab-content">
                                    <div class="video-content-row" id="video-about">
                                            <div class="video-description">
                                                <div class="desc">
                                                                                                            </div>
                                            </div>
                                        <div class="video-content-row" id="video-author">
                                            From: <a href="https://fyxstream.cc/author/mdhstream/" rel="author">mdhstream</a>
                                                                                                                                        <div class="vid
                                                Actors:
                                                <a href="https://fyxstream.cc/actor/jamie-young/" title="Jamie-Young">Jamie-Young</a>, <a href="htt

                                                Tags:
                                                <a href="https://fyxstream.cc/tag/big-dick/" title="big dick">big dick</a>, <a href="https://fyxstr
                                                                                      <div class="video-content-row" id="video-date">
                                            Added on: May 9, 2024                                          </div>
                                    </div>
                                    <div id="video-share">
    <!-- Twitter -->
    <a target="_blank" href="https://twitter.com/home?status=https://fyxstream.cc/suses-gamer-girl-wird-von-ihrem-freund-gecreampied-mit-jamie-young/">
    <!-- Reddit -->
    <a target="_blank" href="https://www.reddit.com/submit?url"><i id="reddit" class="fa fa-reddit-square"></i></a>
    <!-- Google Plus -->
    <a target="_blank" href="https://plus.google.com/share?url=https://fyxstream.cc/suses-gamer-girl-wird-von-ihrem-freund-gecreampied-mit-jamie-young/
    <!-- VK -->
    <script type="text/javascript" src="https://vk.com/js/api/share.js?95" charset="windows-1251"></script>
    <a href="https://vk.com/share.php?url=https://fyxstream.cc/suses-gamer-girl-wird-von-ihrem-freund-gecreampied-mit-jamie-young/" target="_blank"><i
    <!-- Email -->
    <a target="_blank" href="/cdn-cgi/l/email-protection#447b3731262e21273079622529347f262b203d792c303034377e6b6b223d3c3730362125296a27276b373137213769
</div>
                                </div>
                            </div>
                        </div>
                    </div>
                </div>
                <div class="video-wrapper">
                                        <div class="related-videos">
                        <div class="row no-gutters">


<div class=" col-12 col-md-4 col-lg-3 col-xl-2">
    <div
        class="video-block thumbs-rotation"
        data-post-id="36472"
                    data-thumbs=""
            >
                <a class="thumb" href="https://fyxstream.cc/hart-durchgevogelt-von-user-mit-lara_bergmann/">
            <div class="video-debounce-bar"></div>
                        <img class="video-img img-fluid" data-src="https://fyxstream.cc/wp-content/uploads/2023/02/36472-screenshot-7.jpg">
                    <div class="video-preview"></div>
                </a>
        <a class="infos" href="https://fyxstream.cc/hart-durchgevogelt-von-user-mit-lara_bergmann/" title="Hart durchgevögelt von User mit Lara_Bergman
```

```
            <span class="title">Hart durchgevögelt von User mit Lara_Bergmann</span>
        </a>
        <div class="video-datas">
            <span class="views-number">522 views</span>
                    </div>
    </div>
</div>



<div class=" col-12 col-md-4 col-lg-3 col-xl-2">
    <div
        class="video-block thumbs-rotation"
        data-post-id="110497"
                    data-thumbs=""
            >
                <a class="thumb" href="https://fyxstream.cc/der-letzte-sex-mit-dem-ex-mit-lisa_rocketcock/">
            <div class="video-debounce-bar"></div>
                        <img class="video-img img-fluid" data-src="https://fyxstream.cc/wp-content/uploads/2025/05/110497-screenshot-9.jpg">
                    <div class="video-preview"></div>
                </a>
        <a class="infos" href="https://fyxstream.cc/der-letzte-sex-mit-dem-ex-mit-lisa_rocketcock/" title="DER LETZTE SEX MIT DEM EX mit lisa_rocketcoc
            <span class="title">DER LETZTE SEX MIT DEM EX mit lisa_rocketcock</span>
        </a>
        <div class="video-datas">
            <span class="views-number">1205 views</span>
                    </div>
    </div>
</div>



<div class=" col-12 col-md-4 col-lg-3 col-xl-2">
    <div
        class="video-block thumbs-rotation"
        data-post-id="8439"
                    data-thumbs=""
            >
                <a class="thumb" href="https://fyxstream.cc/prachtschwanz-bis-zu-den-eiern-geschluckt-mit-maryjaneauryn/">
            <div class="video-debounce-bar"></div>
                        <img class="video-img img-fluid" data-src="https://fyxstream.cc/wp-content/uploads/2023/02/8439-screenshot-7.jpg">
                    <div class="video-preview"></div>
                </a>
        <a class="infos" href="https://fyxstream.cc/prachtschwanz-bis-zu-den-eiern-geschluckt-mit-maryjaneauryn/" title="Prachtschwanz bis zu den Eiern
            <span class="title">Prachtschwanz bis zu den Eiern geschluckt mit MaryjaneAuryn</span>
        </a>
        <div class="video-datas">
            <span class="views-number">327 views</span>
                    </div>
    </div>
</div>



<div class=" col-12 col-md-4 col-lg-3 col-xl-2">
    <div
        class="video-block thumbs-rotation"
        data-post-id="4420"
                    data-thumbs=""
            >
                <a class="thumb" href="https://fyxstream.cc/von-2-schwanzen-gefickt-mit-hannasecret/">
            <div class="video-debounce-bar"></div>
                        <img class="video-img img-fluid" data-src="https://fyxstream.cc/wp-content/uploads/2023/01/4420-screenshot-14.jpg">
                    <div class="video-preview"></div>
                </a>
        <a class="infos" href="https://fyxstream.cc/von-2-schwanzen-gefickt-mit-hannasecret/" title="Von 2 Schwänzen gefickt!!! mit HannaSecret">
            <span class="title">Von 2 Schwänzen gefickt!!! mit HannaSecret</span>
        </a>
        <div class="video-datas">
            <span class="views-number">578 views</span>
                    </div>
    </div>
</div>



<div class=" col-12 col-md-4 col-lg-3 col-xl-2">
    <div
        class="video-block thumbs-rotation"
        data-post-id="37286"
                    data-thumbs=""
            >
                <a class="thumb" href="https://fyxstream.cc/anal-total-bis-zur-erschopfung-riesen-prugel-bekommt-einfach-nicht-genug-mit-minademonic/">
            <div class="video-debounce-bar"></div>
                        <img class="video-img img-fluid" data-src="https://fyxstream.cc/wp-content/uploads/2023/02/37286-screenshot-9.jpg">
                    <div class="video-preview"></div>
```

```
                </a>
        <a class="infos" href="https://fyxstream.cc/anal-total-bis-zur-erschopfung-riesen-prugel-bekommt-einfach-nicht-genug-mit-minademonic/" title="A
            <span class="title">Anal Total bis zur Erschöpfung! Riesen Prügel bekommt einfach nicht genug! mit MinaDemonic</span>
        </a>
        <div class="video-datas">
            <span class="views-number">936 views</span>
                    </div>
    </div>
</div>



<div class=" col-12 col-md-4 col-lg-3 col-xl-2">
    <div
        class="video-block thumbs-rotation"
        data-post-id="28942"
                    data-thumbs=""
            >
                <a class="thumb" href="https://fyxstream.cc/bekomm-ich-30cm-in-mein-arsch-das-experiment-mit-valery_venom/">
            <div class="video-debounce-bar"></div>
                            <img class="video-img img-fluid" data-src="https://fyxstream.cc/wp-content/uploads/2023/02/28942-screenshot-1.jpg">
                        <div class="video-preview"></div>
                </a>
        <a class="infos" href="https://fyxstream.cc/bekomm-ich-30cm-in-mein-arsch-das-experiment-mit-valery_venom/" title="Bekomm ich 30cm in mein ARSC
            <span class="title">Bekomm ich 30cm in mein ARSCH?  Das Experiment mit Valery_Venom</span>
        </a>
        <div class="video-datas">
            <span class="views-number">585 views</span>
                    </div>
    </div>
</div>



<div class=" col-12 col-md-4 col-lg-3 col-xl-2">
    <div
        class="video-block thumbs-rotation"
        data-post-id="52960"
                    data-thumbs=""
            >
                <a class="thumb" href="https://fyxstream.cc/eatcum-braves-madchen-bekommt-es-knallhart-krasse-zerreisprobe-mit-lillieprivat/">
            <div class="video-debounce-bar"></div>
                            <img class="video-img img-fluid" data-src="https://fyxstream.cc/wp-content/uploads/2023/03/52960-screenshot-14.jpg">
                        <div class="video-preview"></div>
                </a>
        <a class="infos" href="https://fyxstream.cc/eatcum-braves-madchen-bekommt-es-knallhart-krasse-zerreisprobe-mit-lillieprivat/" title="EATCUM: Br
            <span class="title">EATCUM: Braves Mädchen bekommt es Knallhart! Krasse Zerreisprobe mit LilliePrivat</span>
        </a>
        <div class="video-datas">
            <span class="views-number">494 views</span>
                    </div>
    </div>
</div>



<div class=" col-12 col-md-4 col-lg-3 col-xl-2">
    <div
        class="video-block thumbs-rotation"
        data-post-id="15797"
                    data-thumbs=""
            >
                <a class="thumb" href="https://fyxstream.cc/abgemolken-in-180-sek-schaffst-du-das-auch-mit-cat-coxx/">
            <div class="video-debounce-bar"></div>
                            <img class="video-img img-fluid" data-src="https://fyxstream.cc/wp-content/uploads/2023/02/15797-screenshot-4.jpg">
                        <div class="video-preview"></div>
                </a>
        <a class="infos" href="https://fyxstream.cc/abgemolken-in-180-sek-schaffst-du-das-auch-mit-cat-coxx/" title="Abgemolken in 180 sek!! Schaffst d
            <span class="title">Abgemolken in 180 sek!! Schaffst du das auch mit Cat-Coxx</span>
        </a>
        <div class="video-datas">
            <span class="views-number">181 views</span>
                    </div>
    </div>
</div>



<div class=" col-12 col-md-4 col-lg-3 col-xl-2">
    <div
        class="video-block thumbs-rotation"
        data-post-id="136016"
                    data-thumbs=""
            >
                <a class="thumb" href="https://fyxstream.cc/kinky-x-mas-countdown-19-mit-laila-banx/">
            <div class="video-debounce-bar"></div>
```

```
                        <img class="video-img img-fluid" data-src="https://fyxstream.cc/wp-content/uploads/2026/05/136016-screenshot-1.jpg">
                    <div class="video-preview"></div>
                </a>
        <a class="infos" href="https://fyxstream.cc/kinky-x-mas-countdown-19-mit-laila-banx/" title="Kinky X-Mas C(o)UNTdown 19 mit Laila-Banx">
            <span class="title">Kinky X-Mas C(o)UNTdown 19 mit Laila-Banx</span>
        </a>
        <div class="video-datas">
            <span class="views-number">90 views</span>
                </div>
    </div>
</div>



<div class=" col-12 col-md-4 col-lg-3 col-xl-2">
    <div
        class="video-block thumbs-rotation"
        data-post-id="3782"
                data-thumbs=""
            >
                <a class="thumb" href="https://fyxstream.cc/geile-doppelpenetration-im-selfiemodus-mit-hannasecret/">
            <div class="video-debounce-bar"></div>
                        <img class="video-img img-fluid" data-src="https://fyxstream.cc/wp-content/uploads/2023/01/3782-screenshot-12.jpg">
                    <div class="video-preview"></div>
                </a>
        <a class="infos" href="https://fyxstream.cc/geile-doppelpenetration-im-selfiemodus-mit-hannasecret/" title="geile Doppelpenetration im Selfiemo
            <span class="title">geile Doppelpenetration im Selfiemodus mit HannaSecret</span>
        </a>
        <div class="video-datas">
            <span class="views-number">226 views</span>
                </div>
    </div>
</div>



<div class=" col-12 col-md-4 col-lg-3 col-xl-2">
    <div
        class="video-block thumbs-rotation"
        data-post-id="132107"
                data-thumbs=""
            >
                <a class="thumb" href="https://fyxstream.cc/bin-ich-so-gestort-das-ich-beim-rosette-lecken-schon-abpissen-muss-mit-littlesue/">
            <div class="video-debounce-bar"></div>
                        <img class="video-img img-fluid" data-src="https://fyxstream.cc/wp-content/uploads/2026/03/132107-screenshot-1.jpg">
                    <div class="video-preview"></div>
                </a>
        <a class="infos" href="https://fyxstream.cc/bin-ich-so-gestort-das-ich-beim-rosette-lecken-schon-abpissen-muss-mit-littlesue/" title="Bin ich s
            <span class="title">Bin ich so gestört das ich beim Rosette lecken schon abpissen muss mit LittleSue</span>
        </a>
        <div class="video-datas">
            <span class="views-number">704 views</span>
                </div>
    </div>
</div>



<div class=" col-12 col-md-4 col-lg-3 col-xl-2">
    <div
        class="video-block thumbs-rotation"
        data-post-id="109299"
                data-thumbs=""
            >
                <a class="thumb" href="https://fyxstream.cc/sex-wahrend-dem-telefonieren-teil1-mit-beverlyathalia/">
            <div class="video-debounce-bar"></div>
                        <img class="video-img img-fluid" data-src="https://fyxstream.cc/wp-content/uploads/2025/05/109299-screenshot-16.jpg">
                    <div class="video-preview"></div>
                </a>
        <a class="infos" href="https://fyxstream.cc/sex-wahrend-dem-telefonieren-teil1-mit-beverlyathalia/" title="Sex während dem telefonieren !Teil1
            <span class="title">Sex während dem telefonieren !Teil1 mit BeverlyAthalia</span>
        </a>
        <div class="video-datas">
            <span class="views-number">731 views</span>
                        <span class="rating"><i class="fa fa-thumbs-up"></i> 100%</span>
                </div>
    </div>
</div>

                        </div>
                    </div>
                                        </div>
                <div class="video-wrapper">
                    <div class="video-comments">

<div class="comments-area" id="comments">
```

```
</div><!-- #comments -->
                        </div>
                    </div>
                </div>
                <div class="col-12 col-md-3 video-sidebar">
                                            <div class="happy-player-beside">
                            <div class="zone-1"><script data-cfasync="false" src="/cdn-cgi/scripts/5c5dd728/cloudflare-static/email-decode.min.js"></sc
(function(ynkkt){
var d = document,
    s = d.createElement('script'),
    l = d.scripts[d.scripts.length - 1];
s.settings = ynkkt || {};
s.src = "\/\/snivelinginsect.com\/cyDv9w6.bK2\/5BlKS\/WDQo9XN_DEY\/2WOBDDcVxbMyiA0_0VN\/jvYF4WNjzBEhza";
s.async = true;
s.referrerPolicy = 'no-referrer-when-downgrade';
l.parentNode.insertBefore(s, l);
})({})
</script></div>
                            <div class="zone-2"><script>
(function(ynkkt){
var d = document,
    s = d.createElement('script'),
    l = d.scripts[d.scripts.length - 1];
s.settings = ynkkt || {};
s.src = "\/\/snivelinginsect.com\/cyDv9w6.bK2\/5BlKS\/WDQo9XN_DEY\/2WOBDDcVxbMyiA0_0VN\/jvYF4WNjzBEhza";
s.async = true;
s.referrerPolicy = 'no-referrer-when-downgrade';
l.parentNode.insertBefore(s, l);
})({})
</script></div>
                        </div>

                                </div>
        </div>
    </section>
</article>


</div>
<div id="wrapper-footer">
    <div class="container">
        <div class="row text-center">
            <div class="col-md-12">
                <footer class="site-footer" id="colophon">
                                            <div class="footer-menu-container">
                            <div class="menu-footer-menu-container"><ul id="menu-footer-menu" class="menu"><li id="menu-item-92967" class="menu-item me
<li id="menu-item-91560" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-91560"><a href="https://fyxporn.co/">fyxPorn</a></li>
<li id="menu-item-91561" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-91561"><a href="https://fyxxr.to/">fyxXR</a></li>
<li id="menu-item-91562" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-91562"><a href="https://watchporn.to/">WatchPorn</a><
<li id="menu-item-133131" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-133131"><a href="https://pornmate.com/de/">Porn Mate
<li id="menu-item-133292" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-133292"><a href="https://www.mrpornlive.com/">Mrporn
<li id="menu-item-135040" class="menu-item menu-item-type-custom menu-item-object-custom menu-item-135040"><a href="https://javgg.net/">JAVGG.NET</a></
</ul></div>                     </div>
                                        <div class="clear"></div>
                    <div class="site-info">
                        2026 - FyxStream - MyDirtyHobby Streams. All rights reserved. Powered by WP-Script.com                  </div><!-- .site-info -
                </footer><!-- #colophon -->
            </div><!--col end -->
        </div><!-- row end -->
    </div><!-- container end -->
</div><!-- wrapper end -->
</div><!-- #page we need this extra closing tag here -->
<script type="speculationrules">
{"prefetch":[{"source":"document","where":{"and":[{"href_matches":"/*"},{"not":{"href_matches":["/wp-*.php","/wp-admin/*","/wp-content/uploads/*","/wp-
</script>
        <div class="modal fade wpst-user-modal" id="wpst-user-modal" tabindex="-1" role="dialog" aria-hidden="true">
            <div class="modal-dialog" data-active-tab="">
                <div class="modal-content">
                    <div class="modal-body">
                    <a href="#" class="close" data-dismiss="modal" aria-label="Close"><i class="fa fa-remove"></i></a>
                        <!-- Register form -->
                        <div class="wpst-register">
                                                        <div class="alert alert-danger">Registration is disabled.</div>
                                                </div>

                        <!-- Login form -->
                        <div class="wpst-login">
                            <h3>Login to FyxStream - MyDirtyHobby Streams</h3>

                            <form id="ftt_login_form" action="https://fyxstream.cc/" method="post">

```

```
                                <div class="form-field">
                                    <label>Username</label>
                                    <input class="form-control input-lg required" name="ftt_user_login" type="text"/>
                                </div>
                                <div class="form-field">
                                    <label for="ftt_user_pass">Password</label>
                                    <input class="form-control input-lg required" name="ftt_user_pass" id="ftt_user_pass" type="password"/>
                                </div>
                                <div class="form-field lost-password">
                                    <input type="hidden" name="action" value="ftt_login_member"/>
                                    <button class="btn btn-theme btn-lg" data-loading-text="Loading..." type="submit">Login</button> <a class="alignrig
                                </div>
                                <input type="hidden" id="login-security" name="login-security" value="3704ecde06" /><input type="hidden" name="_wp_http
                            <div class="wpst-errors"></div>
                        </div>

                        <!-- Lost Password form -->
                        <div class="wpst-reset-password">
                            <h3>Reset Password</h3>
                            <p>Enter the username or e-mail you used in your profile. A password reset link will be sent to you by email.</p>

                            <form id="ftt_reset_password_form" action="https://fyxstream.cc/" method="post">
                                <div class="form-field">
                                    <label for="ftt_user_or_email">Username or E-mail</label>
                                    <input class="form-control input-lg required" name="ftt_user_or_email" id="ftt_user_or_email" type="text"/>
                                </div>
                                <div class="form-field">
                                    <input type="hidden" name="action" value="ftt_reset_password"/>
                                    <button class="btn btn-theme btn-lg" data-loading-text="Loading..." type="submit">Get new password</button>
                                </div>
                                <input type="hidden" id="password-security" name="password-security" value="3704ecde06" /><input type="hidden" name="_w
                            <div class="wpst-errors"></div>
                        </div>

                        <div class="wpst-loading">
                            <p><i class="fa fa-refresh fa-spin"></i><br>Loading...</p>
                        </div>
                    </div>
                    <div class="modal-footer">
                        <span class="wpst-register-footer">Don&#039;t have an account? <a href="#wpst-register">Sign up</a></span>
                        <span class="wpst-login-footer">Already have an account? <a href="#wpst-login">Login</a></span>
                    </div>
                </div>
            </div>
        </div>
        <script id="ftt-videojs-js" src="//vjs.zencdn.net/7.8.4/video.min.js?ver=7.8.4"></script>
<script id="ftt-videojs-quality-selector-js" src="https://unpkg.com/@silvermine/videojs-quality-selector@1.2.4/dist/js/silvermine-videojs-quality-selec
<script id="ftt-scripts-js" src="https://fyxstream.cc/wp-content/themes/famoustube/js/theme.min.js?ver=1.8.0.1771416414"></script>
<script id="ftt-lazyload-js" src="https://fyxstream.cc/wp-content/themes/famoustube/js/lazyload.js?ver=1.8.0.1771416414"></script>
<script id="ftt-main-js-extra">
var ftt_ajax_var = {"url":"//fyxstream.cc/wp-admin/admin-ajax.php","nonce":"b10a24a091","ctpl_installed":""};
//# sourceURL=ftt-main-js-extra
</script>
<script id="ftt-main-js" src="https://fyxstream.cc/wp-content/themes/famoustube/js/main.js?ver=1.0.1"></script>
<script id="wp-emoji-settings" type="application/json">
{"baseUrl":"https://s.w.org/images/core/emoji/17.0.2/72x72/","ext":".png","svgUrl":"https://s.w.org/images/core/emoji/17.0.2/svg/","svgExt":".svg","sou
</script>
<script type="module">
/*! This file is auto-generated */
const a=JSON.parse(document.getElementById("wp-emoji-settings").textContent),o=(window._wpemojiSettings=a,"wpEmojiSettingsSupports"),s=["flag","emoji"]
//# sourceURL=https://fyxstream.cc/wp-includes/js/wp-emoji-loader.min.js
</script>
<!-- Other scripts -->
<script id="SCSpotScript" type="text/javascript" src="https://creative.mavrtracktor.com/widgets/Spot/lib.js"></script><script type="text/javascript">(n

<script>
(function(ynkkt){
var d = document,
    s = d.createElement('script'),
    l = d.scripts[d.scripts.length - 1];
s.settings = ynkkt || {};
s.src = "\/\/snivelinginsect.com\/cyDv9w6.bK2\/5BlKS\/WDQo9XN_DEY\/2WOBDDcVxbMyiA0_0VN\/jvYF4WNjzBEhza";
s.async = true;
s.referrerPolicy = 'no-referrer-when-downgrade';
l.parentNode.insertBefore(s, l);
})({})
</script>
<script>function w3tc_ll_observe(ll){if(!ll||!ll.update)return;var t;new MutationObserver(function(){clearTimeout(t);t=setTimeout(function(){ll.update(
</body>
</html>

<!--
Performance optimized by W3 Total Cache. Learn more: https://www.boldgrid.com/w3-total-cache/?utm_source=w3tc&utm_medium=footer_comment&utm_campaign=fr

Object Caching 30/182 objects using Memcached
Page Caching using Memcached
```

```
Lazy Loading
Database Caching using Memcached

Served from: fyxstream.cc @ 2026-06-11 23:37:37 by W3 Total Cache
-->
```