**EXHIBIT D**

CREATE AI SLUTS

Live Sex Top Porn Sites ThePornDude Whoreshub HAVE SEX Mrpornlive

PORN

UNDRESS AI | FREE BRAZZERS | AI SEX CHAT

WatchPorn users only - Full Premium access $0.99 today GET ACCESS




01:36

00:34 / 33:41 WATCH FULL VIDEO HERE HD




## Blake Blossom - Brazzers House 4 EP9 - ZZSeries

36K 1 year ago

(22 votes)

69 African American Ahegao Anal Asian Average Body Ballerina Big Ass Big Boobs Blonde Blowjob Brunette Bts Bubble Butt Caucasian Cowgirl Cunnilingus Deepthroat Doggystyle Double Penetration Dress Face Fuck Fake Boobs Feet Fetish Fingering Gagging Gangbang Glasses Handjob Indoors Interracial Kinky Mask Orgy Outdoors Petite Pool Pussy Redhead Reverse Cowgirl Sex Shaved Pussy Shoes Side Fuck Small Ass Small Boobs Socks Spanking Swimsuit Tattoos Threesome Trimmed Pussy Twerking The housemates get all dolled up and reassemble one more time to reminisce about their unforgettable time on Brazzers House 4. Take a look back with the girls at some of the House's hottest and most outrageous moments, and see their reactions to viewing all that epic footage for the first time. This season has been jam-packed with hot, slutty, horny action, so get ready for an orgy-sized highlight package!

Models: Blake Blossom Abigaiil Morris Alexis Tae Emma Magnolia CJ Miles Kayley Gunner Kylie Rocket Phoenix Marie Nicole Doshi

Categories: ZZSeries


Stream & Download Faphouse
Ask Gemini
https://faphouse.com/join?_g=jljFc5Pzsof_K2B066lldhddPrclWZfTQYg97-vryAvEL_flUFbsJpfPAcF71MKkpbQeeKCvNzK_NzsjaVl-wcmEXq4TlsMSrTvxeZr7NyieDWQw50ApWFhtj10BbhzVgnniUlmW9VaJG8...
faphouse EN
SIGN IN
Hottest Summer Sale 50% OFF
Premium membership
HD & 5 downloads/m
Recommended
Ultra membership
Early access, 4K & 500 downloads/m
2-day trial Limited access $1.48 /2 days
12 months 50% OFF $7.19 /month
3 months 40% OFF $8.63 /month
1 month 30% OFF $10.07 /month
Lifetime 25% OFF $399.99 /once
GET MEMBERSHIP
Compare plans | Premium | Ultra
Access to 1,383,206 full videos | ✓ | ✓
Early access to videos in the last 2 weeks | ✕ | ✓
Downloads per month | 5 vids | 500 vids
Stream in 4K | ✕ | ✓
Subtitled videos | ✕ | ✓
VIP status | ✕ | ✓
Most replayed moments in player | ✕ | ✓
Stream in Full HD | ✓ | ✓
PRIVATE SOCIETY
VIXEN
BLACKED
TEAM SKEET
BRAZZERS
PURETABOO
NUBILE FILMS
PRIVATE
Mature.nl
SISLOVESME
FuckingAwesome.com
JamesDeen.com
NAUGHTY AMERICA