**EXHIBIT E**


Hot foursome with girlfriend ar
https://fyxstream.cc/flotter-4-er-gruppenfick-mit-freundin-mit-fick-engelchen/
Ask Gemini
fyxSTREAM
Search...
HOME
CATEGORIES
TAGS
THEPORNDUDE
00:00 / 20:08
alicee15
LIVE
Aryrosee
LIVE
FAST-PACED 4-PERSON GROUP SEX WITH GIRLFRIEND AND SEX ANGEL
Like
About
Share
739 VIEWS
0% 0 0
894 views 100%
474 views
799 views
472 views
512 views 100%
902 views 100%
ThePornDude fyxPorn fyxXR WatchPorn Porn Mate Mrpornlive JAYGG.NET
2026 - FyxStream - MyDirtyHobby Streams. All rights reserved. Powered by WP-Script.com