**EXHIBIT F**

00:00 / 20:08

MORE XXX HERE







66% (27 VOTES)

VIDEODETAILS | SPLIT | COMMENTS (0)

Link to this video:

https://fyxxr.to/video/flotter-4-er-gruppenfick-mit-freundin-mit-fick-engelchen/

BB-Code:

[url=https://fyxxr.to/video/flotter-4-er-gruppenfick-mit-freundin-mit-fick-engelchen/]Flotter 4-er Gruppenfick mit Freundin mit Fick-Engelchen[/url]

Embed-Code:

<iframe width="1280" height="720" src="https://fyxxr.to/embed/74654" frameborder="0" allowfullscreen></iframe>



fyxPORN

Search

NEWS TOP-RATED MOST VIEWED CATEGORIES MODELS

# Hardcore [redacted] and [redacted]!! with Mila-Sweet

00:00 / 35:16




100% (1 VOTE)

VIDEO DETAILS SPLIT COMMENTS (0)

Link to this video:

https://fyxporn.co/video/hartcore-muschi-und-arschfick-mit-mila-sweet/

BBCode:

[url=https://fyxporn.co/video/hartcore-muschi-und-arschfick-mit-mila-sweet/]Hartcore Muschi und Arschfick!!! mit Mila-Sweet[/url]