**EXHIBIT G**

**Registration Number**
# PA 2-122-318
**Effective Date of Registration:**
June 13, 2018

## Title

**Title of Work:** Help Me Out

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 10, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Donormass Ltd
**Author Created:** entire motion picture
**Work made for hire:** Yes
**Domiciled in:** Cyprus

## Copyright Claimant

**Copyright Claimant:** MG Premium Ltd
195-197 Old Nicosia-Limassol Road, Block 1, Dali Industrial Zone, Nicosia, 2540, Cyprus
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Anthony Penhale
**Email:** copyright@mindgeek.com

## Certification

**Name:** Anthony Penhale
**Date:** June 13, 2018

**Registration Number**
PA 1-926-888

**Effective date of registration:**
January 5, 2015

## Title

**Title of Work:** A Nice Gesture

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** September 24, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Reimsberg Developments Inc.

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** Canada **Domiciled in:** Canada

## Copyright claimant

**Copyright Claimant:** MG Premium Ltd DBA Mofos

178 Athalassas Avenue, Irene Tower, 3rd Floor, Nicosia, 2025, Cyprus

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** MG Premium Ltd DBA Mofos

**Address:** 178 Athalassas Avenue, Irene Tower, 3rd Floor

Nicosia, 2025 Cyprus

## Certification

**Name:** Kyle Reed

**Date:** January 5, 2015

**Registration Number**
# PA 2-240-491
**Effective Date of Registration:**
March 06, 2020
**Registration Decision Date:**
May 13, 2020

## Title

**Title of Work:** Sexy Blonde Gets A Creampie

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** February 20, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Donormass Ltd
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Cyprus

## Copyright Claimant

**Copyright Claimant:** MG Premium Ltd
195-197 Old Nicosia-Limassol Road, Block 1, Dali Industrial Zone, Nicosia, 2540, Cyprus
**Transfer statement:** By written agreement

## Rights and Permissions

**Email:** copyright@mindgeek.com

## Certification

**Name:** Andreas Andreou
**Date**: March 06, 2020

**Registration Number**

PA 1-926-888

**Effective date of registration:**

January 5, 2015

## Title

**Title of Work:** A Nice Gesture

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** September 24, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Reimsberg Developments Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** Canada **Domiciled in:** Canada

## Copyright claimant

**Copyright Claimant:** MG Premium Ltd DBA Mofos

178 Athalassas Avenue, Irene Tower, 3rd Floor, Nicosia, 2025, Cyprus

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** MG Premium Ltd DBA Mofos

**Address:** 178 Athalassas Avenue, Irene Tower, 3rd Floor

Nicosia, 2025 Cyprus

## Certification

**Name:** Kyle Reed

**Date:** January 5, 2015

**Registration Number**
# PA 2-141-228
**Effective Date of Registration:**
October 25, 2018

## Title

**Title of Work:** Bottoms Up

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 24, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Donormass Ltd
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Cyprus

## Copyright Claimant

**Copyright Claimant:** MG Cyprus Ltd
195-197 Old Nicosia-Limassol Road, Block 1, Dali Industrial Zone, Nicosia, 2540, Cyprus
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** MG Cyprus Ltd
**Address:** 195-197 Old Nicosia-Limassol Road, Block 1 Dali Industrial Zone
Nicosia 2540 Cyprus

## Certification

**Name:** Anthony Penhale
**Date:** October 25, 2018

**Registration Number**
# PA 2-081-120
**Effective Date of Registration:**
September 14, 2017

## Title

**Title of Work:** Gina Loves Swaberry

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** July 23, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Donormass Ltd
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Cyprus

## Copyright Claimant

**Copyright Claimant:** MG Content RK Limited
195-197 Old Nicosia-Limassol Road, Block 1 Dali Industrial Zone, Nicosia, 2540, Cyprus
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** MG Content RK Limited
**Address:** 195-197 Old Nicosia-Limassol Road, Block 1 Dali Industrial Zone
Nicosia 2540 Cyprus

## Certification

**Name:** Anthony Penhale
**Date:** September 14, 2017

**Registration Number**
# PA 2-243-831
**Effective Date of Registration:**
April 01, 2020
**Registration Decision Date:**
June 09, 2020

## Title

**Title of Work:** Cute Teen Gets Fucked Hard And Creampied

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 11, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Donormass Ltd
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Cyprus

## Copyright Claimant

**Copyright Claimant:** MG Premium Ltd
195-197 Old Nicosia-Limassol Road, Block 1, Dali Industrial Zone, Nicosia, 2540, Cyprus
**Transfer statement:** By written agreement

## Rights and Permissions

**Email:** copyright@mindgeek.com

## Certification

**Name:** Andreas Andreou
**Date:** April 01, 2020

**Registration Number**
**PA 2-248-327**
**Effective Date of Registration:**
May 01, 2020
**Registration Decision Date:**
July 14, 2020

## Title

**Title of Work:** Cute Gamer Girl Gets Creampied By Her Boyfriend

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 29, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Donormass Ltd
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Cyprus

## Copyright Claimant

**Copyright Claimant:** MG Premium Ltd
195-197 Old Nicosia-Limassol Road, Block 1, Dali Industrial Zone, Nicosia, 2540, Cyprus
**Transfer statement:** By written agreement

## Rights and Permissions

**Email:** copyright@mindgeek.com

## Certification

**Name:** Andreas Andreou
**Date:** May 01, 2020

**Registration Number**
# PA 2-120-287
**Effective Date of Registration:**
June 07, 2018

## Title

**Title of Work:** Shower Bang

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 31, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Donormass Ltd
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Cyprus

## Copyright Claimant

**Copyright Claimant:** MG Content RK Limited
195-197 Old Nicosia-Limassol Road, Block 1 Dali Industrial Zone, Nicosia, 2540, Cyprus
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** MG Content RK Limited
**Address:** 195-197 Old Nicosia-Limassol Road, Block 1 Dali Industrial Zone
Nicosia 2540 Cyprus

## Certification

**Name:** Anthony Penhale
**Date:** June 07, 2018

**Registration Number**
PA 1-912-408

**Effective date of registration:**
September 9, 2014

## Title

**Title of Work:** The Queen Of Euro Sluts

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** December 31, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Reimsberg Developments Inc.

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** Canada **Domiciled in:** Canada

## Copyright claimant

**Copyright Claimant:** MG Premium Ltd DBA Mofos
178 Athalassas Avenue, Irene Tower, 3rd Floor, Nicosia, 2025, Cyprus

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** MG Premium Ltd DBA Mofos

**Address:** 178 Athalassas Avenue, Irene Tower, 3rd Floor
Nicosia, 2025 Cyprus

## Certification

**Name:** Kyle Reed

**Date:** September 8, 2014