**EXHIBIT H**

similarweb | OFFICIAL MEASURE OF THE DIGITAL WORLD

Jul 2025 - Jun 2026

# watchporn network



View the full analysis at:
pro.similarweb.com

Market size

## Audience

Jun 2026

2.392M
Unique visitors last month



↓-23.21%
YoY change

0.07%
Popularity score

## Key sizing indicators

Jul 2025 - Jun 2026

124.3M
Total Visits from start to end of period
↑17.44%

| Visits per visitor | Unbounced Visits |
|---|---|
| 4 | 94M |

| Pages per visit | Visit duration |
|---|---|
| 10 | 00:08:48 |

| Monthly Visits | Unique Visitors | Visit Duration | Pages Per Visit | Bounce Rate |
|---|---|---|---|---|
| 10.35M | 2.521M | 00:08:48 | 9.52 | 24.34% |

## Monthly Visits

Jul 2025 - Jun 2026 | Worldwide | All Traffic





All Rights Reserved by SimilarWeb LTD. 2019 | info@similarweb.com

Market share breakdown

## Top players

Jul 2025 - Jun 2026




## Top Countries

Jul 2025 - Jun 2026



| Country | Traffic share | Change |
|---|---|---|
| Germany | 19.37% | ↑ 178.91% |
| India | 19.19% | ↑ 10.08% |
| United States | 14.16% | ↓ 22.62% |
| United Kingdom | 4.59% | ↓ 42.98% |
| Netherlands | 3.77% | ↑ 178.38% |

## Device distribution



| | |
|---|---|
| Desktop | 42.85% |
| Mobile Web | 57.15% |


All Rights Reserved by SimilarWeb LTD. 2019 | info@similarweb.com

## Market difficulty BETA

Jun 2026

**High**

Difficulty score

Compared to other industries in the same country

**Loyalty**

% exclusive visitors

71.5%

High

**Cost**

Avg. PPC spend per site in the industry

$0

**Brand**

% direct and branded traffic

71.83%

High


All Rights Reserved by SimilarWeb LTD. 2019 | info@similarweb.com