**EXHIBIT I**

watchporn.to

+ Add website to compare

# Website Performance

Export PDF | Jun 2026 - Jun 2026 (1 Month) | Worldwide | All traffic

**Not sure how to start?**

Check out our tutorial video and read about how to use Website Performance.

Intro to Website Performance

Read guide

## watchporn.to

Connect your website

Welcome to WatchPorn! We are only providing high quality free porn streams from major sites like MissaX, PervMom, MommysBoy, TabooHeat, ManyVids, OnlyFans and many more. We are mainly focusing on step-family porn or incest roleplay porn. Here

## Traffic & engagement

### Total visits

Jun 2026 - Jun 2026 Worldwide

**8.664M**

↑0.27% from last month

### Device distribution

Jun 2026 - Jun 2026 Worldwide



| | |
|---|---|
| Desktop | 45.70% |
| Mobile Web | 54.30% |

| | |
|---|---|
| Global rank | #4,085 |
| Country rank<br>United States | #5,018 |
| Industry rank<br>Adult | #460 |

## Engagement overview

Jun 2026 · Worldwide · All Traffic

| | | | | | |
|---|---|---|---|---|---|
| Monthly visits | 8.664M | Deduplicated audience | UPGRADE | Pages / visit | 9.00 |
| Monthly unique visitors | N/A | Visit duration | 00:08:44 | Bounce rate | 26.27% |

See trends over time

## Visits over time

Jun 2026 · Worldwide · All traffic

D W M

| watchporn.to | vs. | fpo.xxx | porntrex.com | whoreshub.com | tnaflix.com |
|---|---|---|---|---|---|
| 8.664M | | 55.62M | 25.99M | 8.368M | 150.2M |

Clear all



See traffic over time

## Geography

### Top countries

Jun 2026 All traffic



| Country | Traffic share | Change |
|---|---|---|
| India | 18.45% | ↑ 4.53% |
| United States | 15.77% | ↓ 0.66% |
| Netherlands | 7.67% | ↑ 39.90% |
| Germany | 7.21% | ↓ 14.08% |
| Canada | 4.75% | ↓ 13.69% |

See more countries

## Marketing channels

### Channels overview

Jun 2026 Worldwide All traffic



Direct | Org. Search | Paid Search | Referrals | Display | Org. Social | Paid Social | Gen AI | Email | Affiliates

See full overview

## Organic search

Organic search makes up **22.39%** of website traffic

### Branded vs. non-branded

Jun 2026 Worldwide All traffic




See search overview

### Top organic non-branded search terms

Jun 2026 Worldwide All traffic

See more search terms

## Paid search

Paid search makes up **<1%** of website traffic

### Top paid non-branded search terms

Jun 2026 Worldwide All traffic

See more search terms

## Referrals

Referrals makes up **4.27%** of website traffic

### Top referring websites

Jun 2026 Worldwide All traffic

| Domain | Share | Change |
|---|---|---|
| theporndude.com | 46.84% | ↓ 5.65% |
| familypornhd.com | 14.24% | ↑ 5.76% |
| Referral | 5.17% | - |
| sxyprn.com | 4.35% | ↑ 60.63% |
| eporner.com | 1.80% | ↑ 10.33% |

See more referrals

### Top referring industries

Jun 2026 Worldwide All traffic

| Website categories | Traffic share |
|---|---|
| Adult | 91.51% |
| Programming and Developer Software | 1.37% |
| Basketball | 0.56% |
| Search Engines | 0.38% |
| Dictionaries and Encyclopedias | 0.11% |

See more referring industries

## Outgoing traffic

### Top link destinations

Jun 2026 Worldwide All traffic

| Domain | Share | Change |
|---|---|---|
| faphouse4k.com | 46.11% | ↓ 22.24% |
| s.viisceis.com | 8.34% | ↑ 2,529.27% |
| faphouse.com | 5.17% | ↑ 33.35% |
| s.viihpobo.com | 2.59% | - |
| stripchatgirls.com | 2.49% | ↑ 38.48% |

See more outgoing links

## Outgoing ads

### Top ad destinations

Jun 2026 Worldwide All traffic

| Domain | Share | Change |
|---|---|---|
| swipey.ai | 0% | - |

See more outgoing ads

## Social

Social makes up **2.8%** of website traffic

### Social traffic

Jun 2026 Worldwide All traffic




See full overview

## Display advertising

Display ads makes up **<1%** of website traffic

### Top publishers

Jun 2026 Worldwide All traffic

| Publisher | Share | Change |
|---|---|---|
| hqporner.com | 72.47% | New |
| sxyprn.com | 20.71% | New |
| pimpbunny.com | 2.94% | -22% |
| taboodaddy.com | 1.29% | New |
| watchpor.to | 1.29% | New |

See more publishers